# UNITED STATES DISTRICT COURT

**Eastern** District of **California**

| | |
|---|---|
| MATTHEW S. ALLEN, | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| Plaintiff | |
| V. | |
| COMMISSIONER OF SOCIAL SECURITY<br>Defendant | CASE NUMBER: 1:10-at-00443 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

   X   The clerk is directed to file the complaint.

   X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   21ST   day of   June  ,  2010  .

/s/ Gary S. Austin
Signature of Judicial Officer

Gary S. Austin, U.S. Magistrate Judge
Name and Title of Judicial Officer